UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL LIGHTELL ET AL | CIVIL ACTION |
| VERSUS | NO: 08-4393 c/w 09-1696 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION: J(5) |

**ORDER**

Before the Court is Defendant's **Motion for Summary Judgment (Rec. Doc. 67)** and Plaintiffs' **Response Memorandum in Opposition (Rec. Doc. 68).**

Plaintiffs, holders of a Standard Flood Insurance Policy ("SFIP"), filed the current suit to recover additional insurance proceeds from her flood insurance policy provider. However, prior to filing suit, Plaintiffs failed to comply with the provisions required by the SFIP. Specifically, Plaintiffs failed to file a valid proof of loss statement.

Plaintiffs' failure to file a valid proof of loss statement precludes this Court from ruling in their favor. Pichon v. National Flood Insurance Program, No. 09-1700, 2009 WL 3353086 at *3 (E.D. La. Oct. 16, 2009) (citing Marseilles Homeowners Condominium Ass., Inc. v. Fidelity Nat'l Ins. Co., 542 F.3d 1053, 1056 (5th Cir. 2008); Gowland v. Aetna, 143 F.3d 951, 954 (5th

Cir. 1998)).  Given that Plaintiffs' failure to comply with the provisions of the SFIP precludes them from prevailing in this suit, there exists no genuine issue of material fact and Defendant is entitled to judgment as a matter of law.

Accordingly**, IT IS ORDERED** that Defendant's **Motion for Summary Judgment (Rec. Doc. 67)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs' **flood claims** are **DISMISSED**, with prejudice.

New Orleans, Louisiana this 8th day of February, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE